**Juan C. Chavez**, OSB #136428
**Franz Bruggemeier**, OSB #163533
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839
*Of Attorneys for Plaintiff Lester Wrecksie*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LESTER WRECKSIE,<br><br>               Plaintiff,<br><br>v.<br><br>MULTNOMAH COUNTY, CITY OF PORTLAND, and JOHN DOES 1-12<br>               Defendants. | Case No. 3:22-cv-00891-YY<br><br>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT |

Plaintiff Lester Wrecksie hereby gives notice to the Court that Plaintiff accepts Defendant Multnomah County's Offer of Judgment (Exhibit 1) in a written notice sent by Plaintiff's counsel on January 17, 2023.

DATED this 19th day of January, 2023.

                                                              */s/ Franz H. Bruggemeier*
                                                              Franz Bruggemeier, OSB#163533
                                                              *Of Attorneys for Plaintiff Lester Wrecksie*