JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Christopher A. Gilmore, OSB No. 980570
Senior Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
E-mail: chris.gilmore@multco.us
   *Of Attorneys for Defendant Multnomah County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| LESTER WRECKSIE,<br><br>       Plaintiff,<br>v.<br><br>MULTNOMAH COUNTY, CITY OF PORTLAND, and JOHN DOES 1-12,<br><br>       Defendants. | Civil Case No. 3:22-cv-00891-YY<br><br>DEFENDANT MULTNOMAH COUNTY'S OFFER TO ALLOW JUDGMENT |

    Pursuant to Fed. R. Civ. P. 68(a), Defendant Multnomah County hereby offers to settle this matter and allow entry of judgment in favor of Plaintiff and against Defendant Multnomah County in the sum of $5,002.00 (Five Thousand Two Dollars and 00/100), plus reasonable, legally recoverable attorney fees and costs accrued by the Plaintiff through the date of service of

Page 1 – DEFENDANT MULTNOMAH COUNTY'S OFFER TO ALLOW JUDGMENT

this Offer to Allow Judgment and attributable to Plaintiff's claims against Defendant Multnomah County. Recoverable costs and attorney fees shall be determined by the Court in accordance with Fed. R. Civ. P. 54 and L.R. 54.

This offer may be accepted by Plaintiff within 14 days after service. If this offer is not accepted within 14 days after service, it shall be deemed to be revoked. Pursuant to Fed. R. Civ. P. 68, this offer is not to be construed as an admission for any purpose.

Dated this 3rd day of January, 2023.

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

**/s/ Christopher A. Gilmore**
_____
Christopher A. Gilmore, OSB No. 980570
Senior Assistant County Attorney
   *Of Attorneys for Defendant Multnomah County*

ACCEPTED:

By signing below, Plaintiff hereby accepts this offer to allow judgment.

Dated this _____ day of January, 2023.

_____     _____
Lester Wrecksie                                              Juan Chavez, OSB No. 136428
Plaintiff                                                            Plaintiff Attorney for Plaintiff

Page 2 – DEFENDANT MULTNOMAH COUNTY'S OFFER TO ALLOW JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I served the foregoing **DEFENDANT MULTNOMAH COUNTY'S OFFER TO ALLOW JUDGMENT** on:

    Juan C. Chavez
    Franz Bruggemeier
    Oregon Justice Resource Center
    PO Box 5248
    Portland, Oregon 97208
    Email:  jchavez@ojrc.info
             fbruggemeier@ojrc.info

by the following method or methods as indicated:

( **X** ) by **mailing** to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

( **X** ) by causing a true copy thereof to be **emailed** to said person(s) at the last known address for said person(s) as shown above, on the date set forth above.

(   ) by mailing via **certified mail, return receipt requested**, to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

(   ) by **facsimile** to said person(s) a true copy thereof at the facsimile number shown above, which is the last known facsimile number for said person(s) on the date set forth above. A copy of the confirmation report is attached hereto.

                            **/s/ Christopher A. Gilmore**
                            _____
                            Christopher A. Gilmore
                            Senior Assistant County Attorney